# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 2:16-cr-00468-ODW |
| v. | |
| Tavon Dejuan Pickett | NOTICE OF REASSIGNMENT OF CASE UPON RECEIPT OF MANDATE FROM THE NINTH CIRCUIT COURT OF APPEALS |
| DEFENDANT(S). | |

To Counsel of Record:

WHEREAS the within case having been returned on a mandate from the Ninth Circuit Court of Appeals

☐ remanding,
☒ reversing and remanding, or
☐ reversing in part
☒ other

the decision of U.S. District Judge       Judge Otis D. Wright, II       and said mandate requiring that judicial action now be taken,

YOU ARE HEREBY NOTIFIED that this case has been randomly reassigned to U.S. District Judge   John F. Walter   for all further proceedings.

The case number now reads:   2:16-cr-00468 JFW -1  . Please use this case number on all future filings.

Clerk, U.S. District Court

By   Martha Torres     8/24/18     213 894 3570
Deputy Clerk

cc: U.S. District Judge
Magistrate Judge
Operations Manager
Case Assignment Admin.
ALL Counsel of Record